199 So.2d 916

**RAYTHEON MANUFACTURING COMPANY (EQUIPMENT SALES DIVISION)**

**v.**

**JACK NEILSON, INC.**

**No. 48698.**

June 5, 1967.

In re: Jack Neilson, Inc. appplying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 196 So.2d 675.

Writ granted but limited to the question of frivolous appeal. In all other respects the application is denied.